UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA M. LIVINGSTON, ) | |
| ) | 06-2179 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER APPROVING MAGISTRATE RECOMMENDATION

   Two recommendations in the above cause were filed by the Magistrate Judge on January 24, 2008. More than ten working days have elapsed since service of a copy of the recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1).

   The recommendations of the Magistrate Judge are, therefore, accepted by the court. See *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The plaintiff's motion for summary judgment [#8] is granted. The defendant's motion for an order which affirms the Commissioner's decision [#9] is denied. This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with the recommendation of the Magistrate Judge. Remand pursuant to 42 U.S.C. § 405(g), sentence four, terminates the case. *Shalala v. Schaefer*, 509 U.S. 292, 299 (1993).

   ENTERED this 13th day of February, 2008.

**s\Harold A. Baker**

_____

HAROLD A. BAKER
U.S. DISTRICT JUDGE